THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH CORBO and RUDOLPH SANTOBELLO, Appellants.

Argued October 19, 1954; decided December 3, 1954.

*Whitman Knapp, Chester E. Kleinberg* and *Jack B. Weinstein* for Joseph Corbo, appellant.

*Joseph Lonardo* for Rudolph Santobello, appellant.

*George B. De Luca, District Attorney (John B. Lee, Walter E. Dillon* and *Francis X. O'Brien* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. CONWAY and VAN VOORHIS, JJ., dissent as to defendant Santobello, and vote to dismiss the indictment upon the ground that the People failed to make out a case.